_____ FILED   _____ ENTERED
_____ LODGED _____ RECEIVED

APR 2 2 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Magistrate Judge James P. Donohue

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN BRASFIELD<br><br>Defendant. | NO.   MJ14-163<br><br>GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1.      **Eligibility of Case.**  This case is eligible for a detention order because this case involves a felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon, and a risk the defendant will flee.

2.      **Reason for Detention.**  The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3.      **Time for Detention Hearing.**  The United States requests the Court conduct the detention hearing after a continuance of two (2) days.

MOTION FOR DETENTION- BRASFIELD - 1

1

DATED this 22nd day of April, 2014

2

3

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

4

5

6

THOMAS M. WOODS
Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION- BRASFIELD - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970