_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 2 9 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,       )
                                )   CASE NO. MJ14-163
        Plaintiff,              )
                                )
    v.                          )
                                )   DETENTION ORDER
NATHAN SEMAN BRASFIELD,         )
                                )
        Defendant.              )
_____ )

Offense charged:        Felon in Possession of a Firearm

Date of Detention Hearing:    April 29, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.      Defendant was not interviewed by Pretrial Services. Therefore, mush of his

DETENTION ORDER
PAGE -1

01  background information is unknown or unverified.

02      2.      Defendant's criminal record includes a number of failures to appear. The case
03  agent advises that defendant is currently under investigation for participating in ten arsons and
04  assisting a domestic terrorist flee the United States.  He is alleged to be associated with the
05  Animal Libration Front and is on the Terrorist Watchlist.

06      3.      Based on these factors, the Court finds the defendant poses a risk of
07  nonappearance and a risk of danger.

08      4.      There does not appear to be any condition or combination of conditions that will
09  reasonably assure the defendant's appearance at future Court hearings while addressing the
10  danger to other persons or the community.

11  It is therefore ORDERED:

12  1.  Defendant shall be detained pending trial and committed to the custody of the Attorney
13      General for confinement in a correction facility separate, to the extent practicable, from
14      persons awaiting or serving sentences or being held in custody pending appeal;

15  2.  Defendant shall be afforded reasonable opportunity for private consultation with
16      counsel;

17  3.  On order of the United States or on request of an attorney for the Government, the
18      person in charge of the corrections facility in which defendant is confined shall deliver
19      the defendant to a United States Marshal for the purpose of an appearance in connection
20      with a court proceeding; and

21

22

DETENTION ORDER
PAGE -2

01   4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02       for the defendant, to the United States Marshal, and to the United State Pretrial Services

03       Officer.

04       DATED this 29th day of April, 2014.

05

06

07

       _____
       Mary Alice Theiler
08     Chief United States Magistrate Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3