___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 21 2014

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NATHAN BRASFIELD,

    Defendant.

CASE NO. CR14-155 JCC

ORDER CONTINUING DETENTION

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 21st day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970