# Exhibit A

Dear Judge,

I'd like to Thank you for taking the time to read this letter. I'll try and keep it brief, as I know your time is valuable, and I trust that the probation department will do a good job covering the basics.

I've been a non violent person for most of my life. When I was a little kid, around 6, I think, I got mad at my younger sister and pulled her off a chair. I got in big trouble, of course, but it was a good lesson for me, one that has stuck with me since. You don't hurt people. Since then, I have not hit anyone in anger or even self defense. I have never been in a fight. I've always had a strong love for animals, which led me to become vegetarian at the age of 14, and vegan a year later. I have devoted countless hours to Environmental and animal rights activism. Violence has never been a part of my career as an activist. Most of my volunteer work has been in educating the public about various issues, working to prevent violence. At the peak of my activist career I was the vice president of a 501(c)3 non-profit that focused on vegan outreach. I believe that the best way to effect change is to make people want to change instead of forcing change upon them.

I didn't have an easy time as a teenager and a young adult. I was very rebellious and generally angry at the world. Most people who knew me would blame my brain chemistry issues for my behavior and the poor choices I've made. My depression and ADD definitely played a part in the extremely poor decision making I displayed. Ultimately, though, the blame was mine. I chose to commit crimes, and I've paid a heavy price for those choices.

As I grow older, my views have changed quite a bit. Becoming a father made me realize that I needed to change my ways and grow up. I want to be a good role model for my son, and certainly don't want him to go through the things I've been through growing up. I've worked hard to teach him that

violence isn't the way to solve problems, to respect animals, and to respect people and their property. I'm sure he won't forget having to go apologize to the store manager after I caught him shoplifting. I plan to use my past as a good example of what not to do.

I'm planning to make the most of my time in custody. I've been looking into education opportunities at various west coast facilities, and my parents are very willing to help me. I'd like to re-enter society with at least an associates degree, if not a bachelors. I've been studying algebra, physics and chemistry here at Seatac in preparation for college classes.

Your honor, I am not a threat to society. I spend most of my time working and raising my kid. I also give back to the community. As a contractor, whenever I would come across someone who needed help I would help them, even if they couldn't afford my rates. Sometimes I would do work for free. I have a lot of valuable skills, and if you would consider some community service in liv of some confinement I would be happy to work almost full time for an organization like Habitat for Humanity. Skilled tradesmen are really useful to an organization like them. I also donate my time to non-profits, and generally do my best to help people. Honestly I have a hard time telling people no. I feel that I have a lot to offer society, and when I leave this life, I want to go knowing that I've made a positive impact on the planet and its citizens.

This will most likely be the only time you'll see me. I have a great support structure outside. There are a large number of people in my life who want to support me and see me succeed. I'm not going to be back before you six month after I get out on a probation violation. I just want to do my time and get on with my life. I'm sincerly sorry for the things I've done, and the impact my actions have had on the people who I care about, and who care about me. Thank you again for your time.

sincerely,
Nathan Brushfield

Dear Judge,

I'd like to thank you for taking the time to read this letter. I'll try and keep it brief, as I know your time is valuable and I trust that the probation department will do a good job covering the basics.

I've been a non-violent person for most of my life. When I was a little kid, around 6, I think, I got mad at my younger sister and pulled her off a chair. I got in big trouble, of course, but it was a good lesson for me, one that has stuck with me since. You don't hurt people. Since then, I have not hit anyone in anger or even self-defense. I have never been in a fight. I have always had a strong love for animals, which led me to become a vegetarian at the age of 14, and a vegan a year later. I have devoted countless hours to environmental and animal rights activism. Violence has never been a part of my career as an activists. Most of my volunteer work has been in educating the public about various issues, working to prevent violence. At the peak of my activist career I was the vice president of a 50113 non-profit that focused on vegan outreach. I believe that the best way to effect change is to make people want to change instead of forcing change upon them.

I didn't have an easy time as a teenager and a young adult. I was very rebellious and generally angry at the world. Most people who know me would blame my brain chemistry issues for my behavior and the poor choices I've made. My depression and ADD definitely played a part in the extremely poor decision making I displayed. Ultimately, though, the blame was mine. I chose to commit crimes and I've paid a heavy price for those choices.

As I grow older my views have changed quite a bit. Becoming a father made me realize that I needed to change my ways and grow up. I want to be a good role model for my son, and certainly don't want him to go through the things I've been through growing up. I've worked hard to teach him that violence isn't the way to solve problems, to respect animals, and to respect people and their property. I'm sure he won't forget having to go apologize to the store manager after I caught him shoplifting. I plan to use my past as a good example of what not to do.

I'm planning to make the most of my time in custody. I've been looking into education opportunities at various West Coast facilities, and my parents are very willing to help me. I'd like to re-enter society with at least an associates degree, if not a bachelors. I've been studying algebra, physics and chemistry here at SeaTac in preparation for college classes.

Your Honor, I am not a threat to society. I spend most of my time working and raising my kid. I also give back to the community. As a contractor, whenever I would come across someone who needed help, I would help them, even if they couldn't afford my rates. Sometimes I would do work for free. I have a lot of valuable skills, and if you would consider some community service in lieu of some confinement, I would be happy to work almost full-time for an organization like Habitat for Humanity. Skilled tradesman are really useful to any organization like them. I also donate my time to non-profits, and generally do my best to help people. Honestly, I have a hard time telling people no. I feel that I have a lot to offer society, and when I leave this life, I want to go knowing that I've made a positive impact on the planet and its citizens.

This will most likely be the only time you'll see me. I have a great support structure outside. There are a large number of people in my life who want to support me and see me succeed. I'm not going to be back before you six months after I get out on a probation violation. I just want to do my time and get on with my life. I'm sincerely sorry for the things I've done, and the impact my actions have had on the people who I car about and who care about me. Thank you again for your time.

Sincerely,

Nathan Brasfield


\* \* \* \* \* \*

*I, Barbara Hughes, hereby certify that I am a Paralegal for the Office of the Federal Public Defender for the Western District of Washington, Seattle, Washington; that on January 20, 2015, I transcribed the handwritten letter of Nathan Brasfield addressed to Judge Coughenour; and that to the best of my knowledge this transcription is true and correct.*


*/s/  Barbara Hughes*

# Exhibit B

Dear Judge Coughenour,

I am Nathan Brasfield's mother, Diane Brasfield. Nathan is the eldest of our three children; he has one sister nineteen months younger and a second sister about five years younger.

There was something "different" about Nathan from early on. He was very inner-focused, and had difficulty interacting with his age-mates. Nathan wasn't interested in the same activities; he was more drawn to adults. Nathan didn't pick up on the social cues given by his peers, and when he eventually became interested in being with other kids he didn't understand how to go about it.

Nathan was diagnosed as ADD around age seven and prescribed a closely-monitored Ritalin regimen which helped him with impulsiveness. It did not make it easier for him to recognize or interpret social cues so he remained well-behind other kids in those skills. Nathan became an easy target for teasing, and he often had problems with taunting throughout his school experience. Since there was a history of bi-polar/depression disorders on my side of the family as well as evidence of ADD on both sides, we took Nathan to several counselors and then psychiatrists for help. Nathan was diagnosed and prescribed a variety of medications for bi-polar/depression which were somewhat helpful.

At around age fifteen Nathan became (and remains) a committed vegan; he's had always had an affinity for animals. Animal drug-testing is an issue for vegans so Nathan became unwilling to continue his medications. His problem with impulse control increased and during the teen years Nathan's behavior became more chaotic, with arrests for criminal trespass and property crimes. I believe much of that activity was an attempt to get the "rush" which comes from engaging in risky behavior— a way to feel good for a time, without medication. I do not have a clear memory of all Nathan did and when, but I do remember being repeatedly dismayed at how long it took from his arrest to consequences for his offense; the delay was so long that any progress Nathan had begun meanwhile was undone. The whole process was ineffectual with Nathan. He continued to have a chaotic life, on and off medications, in and out of trouble with the law. To his credit, substance abuse and addictions were never and have never been part of Nathan's life.

As part of protesting for animal rights, in '02 Nathan and a girlfriend were arrested while trying to inundate the fax system of an "animal exploitation" related business. When Nathan finished serving the subsequent sentence he seemed to settle down. He did very well at several steady jobs, moving up in responsibility. Nathan did some electrical wiring at PC Recycle and when the work was inspected by a professional electrician, the fellow was impressed enough to ask Nathan to join him and learn the trade. So Nathan began work at AMCO Electric. Electrical work was a good match for Nathan because it involved problem solving and physical activity. I think having a demanding job to focus on really helped Nathan.

For years Nathan did well, staying out of trouble and building his AMCO business. In '09 he fell

in love and unexpectedly fathered a child. There was an engagement and talk of wedding plans, and Nathan was the happiest I can remember him being. Unfortunately, not long after his son D██████ was born the relationship with his fiancé Lauren began to deteriorate.

Nathan's life again became chaotic; he was more and more depressed and impulsive. Nathan allowed someone to bring stolen property into their house. I believe Nathan did not participate in the actual thefts, but he probably suspected items were stolen and chose not to ask about it. He was convicted of possession of stolen property and sentenced to work release.

Before reporting to work release, Nathan spent long hours working to earn enough money so Lauren could pay for the rent, utilities, and food while he was away. However, as soon as Nathan began work release, Lauren took their savings and the living expense money, and rented a house of her own. Nathan was devastated when Lauren left him, both over the end of his dream with a life partner, and what impact this would have on D██████. Nathan knew he had screwed up with Lauren, but did not expect her to take all the money and leave him no money to pay their household debts.

Nathan and Lauren worked out a joint parenting plan sharing custody and costs. Nathan branched out into other aspects of the building industry– plumbing, HVAC, framing– whatever he could do to help support himself and D██████. As their parental relationship continued to deteriorate, Nathan admitted he needed help with depression and his inability to stay focused. Nathan met with a psychiatrist, Dr. Brinkley, who prescribed an new class of anti-depressant (Emsam) which helped more than previous medications. Nathan was less depressed but continued to have difficulty organizing his life and moving forward.

A motorcycle accident in August '13 left Nathan with crushed vertebrae and a broken foot. He initially moved back in with us to recuperate. As soon as he thought it was possible, Nathan wanted to get his own place for himself and Danny. His friend Sonny's rental house became available in Nov–Dec, earlier than ideal for Nathan, but they made an arrangement for remodeling work as partial rent payment. Nathan was not as recovered from his injuries as he thought– while he could manage the less taxing repairs on the house, he had trouble finding work for pay that he could physically manage. Living expenses became more problematic, and Nathan's dealings with D██████ mother were increasingly stressful. I think the combined financial/custodial stresses were more than Nathan could handle. He began making impulsive and poorly thought out decisions. Less than six months into the rental Nathan was arrested for his current offenses.

Nathan is a devoted, albeit inexperienced father. Nathan fiercely loves his son; many people who have spent time with them together agree. Nathan worries about Danny and what kind of future he will grow up to face. Nathan frequently expresses despair over his lack of contact; he hasn't seen D██████ for almost a year. Daily life is dull at FDC SeaTac, yet Nathan has repeatedly told me he would serve his time there if he can have visits with D██████

You could not have a more loyal and steadfast friend than Nathan. He has always been somewhat naïve about people and their motives; he tends to be too trusting and accepting of people at their word. "Friends" Nathan was allowing to be guests in his home started stealing his valuables almost as soon as he was taken to detention. He says knows he must be more cautious now.

Nathan has many true friends who are living successful lives and who want to help Nathan get himself onto a better path, and stay there.

Nathan is far from violent or aggressive, and avoids physical confrontations. He tends to vent his anger verbally, expressing aggressive thoughts, but he does not put those thoughts into actions!

Nathan has a strong personal code of ethics which can put him at odds with some segments of our society but, while unconventional, he is certainly well-meaning. He wanted to see that medical pot was affordable for his sister with MS and his friends with chronic pain issues. Nathan now understands he cannot grow medical pot, regardless of our state law, since it is currently against Federal law.

Nathan has been a very hard worker from his early paperboy days onward. He has consistently worked long hours at physically difficult and mentally challenging jobs to make ends meet. Nathan is smart and has used his intelligence to learn about computers and modern technology, as well as construction trade skills such as electrical, plumbing, and framing. He has the ability to apply himself to solving problems and a willingness to seek out and learn new skills as needed.

Nathan is trustworthy. He's been given free access to high-end homes. Pleased clients have given him job referrals and they continue to come in. I have been managing Nathan's Google mail account, and have had numerous messages, from high to low income people, requesting Nathan to do various electrical/construction-related projects. To a person they have been disappointed to learn that he will be unavailable, and repeat customers praised his skills, generosity, and willingness to help them at a fair price, even for an emergency call. Their descriptions of Nathan weren't surprising– he is also reasonable and compassionate.

It is not out of character for Nathan to push boundaries, especially if he sees no rational reason for such boundary. When I consider Nathan's past views on felons and gun rights, I am not surprised by his having possession of a firearm. However, it would be extremely out of character for Nathan to ever use a firearm carelessly or aggressively; that is just not how he is. Nathan has never been violent during any of his offenses or at any time of detention.

As soon it was allowed, Nathan's father Larry and I began weekly visits. Nathan has repeatedly expressed his regret over the choices he made which resulted in his detention; that he realizes he must obey Federal laws. He knows he can do better and he wants to– for both D█████ and himself. Nathan has told us many times that he does not want D████, his family and friends, or himself to go through this kind of experience ever again. "What a waste of life!" and equivalent statements are common.

I think when Nathan has the opportunity to get into a stable living situation with a reasonable child custody arrangement, he will not offend again. Having firearms is not more important to Nathan than having a life with D████. I believe the sooner they can resume their normal father-son relationship, the better for all concerned.

Nathan has many friends and family that are willing and able to help him succeed. Larry and I will help him find a good living situation, and we can help Nathan get the medications he needs, and

counseling to help him deal effectively with Lauren. Nathan has expressed an interest in getting a college degree, possibly construction management or computer science; we will help with that. Nathan has asked us to send him math and physics textbooks, which he is studying with some success.

I recognize that Nathan is a felon and he certainly he has his flaws, but he is not a danger to any individual or to society. I think Nathan is ready to start his life again, and while that may not yet be possible, I do think his ability to succeed will decrease the longer he stays incarcerated. I don't know what more he can learn from being behind bars, other than things he's best ignorant of. Nathan has much he can offer our community. I believe the sooner he resumes his role as contributing member of society, father, wage-earner, and friend – the better for all of us.

Thank you for reading this, Your Honor.


Sincerely,

Diane Brasfield

To: Judge Coughenour

Re: Nathan S. Brasfield, sentencing

Your Honor:

I am Laurence Brasfield, Nathan's father. Here, I will attempt to give you a sense of the trajectory of Nathan's life prior to his sentencing in your court, and where it may head now.

Nathan was a strong-willed and independent child, traits he likely got from me and which I attribute to my father. He was one of those toddlers who, upon seeing an interesting place to go, runs off without looking back to see if Mom or Dad are still there. As a boy, he had some difficulty with social interaction; he was not anti-social but he would miss the social cues which let more adept people know what is really happening with others. Still, he had enough friends and spent enough time with them to make clear that he valued companionship and other people in general.

At age 8 or so, Nathan was diagnosed as having the ADHD syndrome, (Attention Deficit Hyperactivity Disorder), via an objective test whose results were quite clear. In retrospect, and from considering my own present strengths and weaknesses, it is clear that this genetically influenced set of traits is part of Nathan's heritage coming from my side of our family. He has also had the misfortune of inheriting some of the depressive tendency that has plagued my father-in law. With medication to mitigate his focus difficulty and with efforts by his mother and I to help him learn to cope with school settings evolved for people more capable of prolonged focus, he started doing well in school until his teen years.

Nathan has always shown an aversion to violence. We (his still-married parents) never had to deal with any fighting problems with him, and we never heard of him attacking anybody. He was so adverse to fighting that I advised him he needed to learn to defend himself, and I taught him how various wrestling moves were a good recourse against somebody intent on punching him. His aversion was severe enough to interfere with his playing soccer, where he would stay outside the fray surrounding the ball and avoid having that fray gather around him.

When Nathan was 11 or so, he started having trouble respecting other's property rights. I first became aware of this when a police officer came to our home saying that Nathan had been photographed stealing a security camera from a nearby thrift shop. (They had two cameras.) A consensual search of his room revealed the evidence of that crime, which we handled informally. Nathan had to pay restitution and I took him that evening to a place overlooking the King County Jail where I explained his present course was headed. He spent the whole next day in a spare bathroom to get a taste of how criminals spend part of their lives. He appeared to stay out of serious trouble for the next few years.

Things went downhill with Nathan during his late teen years and his first few years as an adult. He rebelled against our parental authority, (which was not harsh or unreasonable), and appeared to have become a thief. We came to dread hearing our phone ring during the wee hours, which usually meant Nathan was being detained somewhere. He was convicted of some property crimes committed in the 1999-2000 time-frame and spent time in the state prison in Monroe. I was extremely disappointed and upset with how he ran his life then, and depressed by it, and I refused to come see him in prison. Later, I told others I considered him a "dud" at that time. Those were harsh words, perhaps overblown, but he had shown much more promise as a child than was evident in his initial adulthood.

After Nathan served his sentence in 2001, he appeared to straighten out, mostly. He had

acquired disreputable friends, and was living an irregular life which I feared would lead him back into trouble with the law. But over the year or so after his release, he got a job and became seriously involved with a good woman, Tami, whom he met during his animal rights activities. He appeared intent on staying out of trouble, and I began being hopeful again that he would become a productive member of society rather than a parasite.

In late 2002, Nathan and Tami were apprehended during the commission of a crime which I refer to as "the FAX caper". They were tapping into the phone line outside of a commercial building to send what are known in the animal rights activist community as "black FAXes", directed at a company engaged in animal-consuming research and commonly reviled in that community. Tami, as a first-time offender and otherwise innocent person, spent a few days in jail for this action. For Nathan, the consequences were more severe, and relevant today.

The FAX caper got Nathan onto a federal "terrorist" watch list, in part because a high-school classmate and acquaintance had become nationally infamous for his involvement in mink release crimes. My wife and I were interviewed by the FBI, who mainly wanted to know the nature of Nathan's relationship with the strange kid who later became so notorious. The FBI's interest was later much enhanced when Nathan developed a friendship with Joseph Dibee, then a surveillance target and later a fugitive wanted for eco-sabotage crimes.

Nathan's presence on that federal watch list served to escalate his ex-fiancé's effort to get him in trouble into a raid by federal agents, with the consequences he now faces. I do not mean to suggest Nathan is at all blameless for his crime. But I think it fair to observe that he has been caught in a widely flung net intended to capture real miscreants and predators who represent serious threats to public safety. Fortunately, the federal authorities familiar with his case have come to realize he is not one of the big nasty fish they had hoped to catch.

After serving a brief sentence for the FAX caper, Nathan got a series of jobs more suited to his skills with increasingly better pay. During his last job as an employee, his work on an installation of industrial recycling equipment led to his becoming an electrician. (The licensed electrician brought in to inspect Nathan's work and correct it as necessary, Darin Andrews, was impressed enough with that installation that he invited Nathan to partner with him in his electrical contracting business.)

By 2008, when Nathan met the woman who would become his fiancé, he was helping Darin run a successful business doing electrical work. His mother and I were relieved to see that he seemed to have turned the downward arc of his life around, and was happily making his way in the world while contributing to it rather than plundering it. It was obvious that he took pride in what he could do for others while earning his keep. I had become convinced my earlier "dud" designation had been premature, and his mother and I were pleased to see Nathan developing friendships with decent people who liked and respected him for his virtues. As someone in a technical field, (electronic engineering), I was able to appreciate or assist with some of the problems Nathan faced in his work, much of which went beyond wiring to include custom system design and configuration. I suspect this aided our rapprochement.

The arrival of Nathan's son D████ into our world in 2009 wrought more favorable changes in Nathan's outlook and sense of responsibility. As I'm sure is true for most parents who take their responsibilities seriously, Nathan came out of himself in his parenting of Danny, going beyond taking care of his son physically to guide his development as a person. I took as a sign of Nathan's evolving maturity that he would sometimes consult with his mother or me about the conundrums he faced concerning D████ upbringing.

In 2010, Nathan had another run-in with the law, apparently having gotten stolen, gray-market items into his collection of electronic items and tools he repaired and traded. Whether this was inadvertent or knowing, it was stupid and wrong, as he has since acknowledged to me. His few months of work-release in 2011, as punishment for his possession of stolen property, marked the end of his romantic relationship with D██████s mother and marked the beginning of a very stressful period for Nathan.

Since just a few months after the 2011 separation from his son's mother, Nathan has been involved in aggravating litigation in the family court, defending his parental rights against efforts by his ex to sever or attenuate his relationship with his son. Because Nathan is a caring, gentle and involved father, and because the cases made out by his ex are essentially contrived and unjust, Nathan has generally prevailed in that action, the latest phase of which began with his arrest during the raid in late April last year. Of course, none of this excuses his election to disregard the suspension of his right to possess firearms, but it does go to stress and distraction which his mother and I have long known to interfere with his decision making.

Your Honor, Nathan's future is in your hands now. His near future will undoubtedly involve guards, barriers, and association with criminals of varying moral stature. But there is far more at stake than a few years of Nathan's freedom. His son needs to have two parents involved in his upbringing. As flawed as Nathan is, he has virtues D████ is unlikely to learn from his mother alone, including honesty, a sense of honor, generosity, loyalty, and tolerance. I fear that Nathan will be emotionally devastated if his incarceration serves to effectuate the scheme his ex has undertaken to eliminate Nathan from their son's life. And I fear for my grandson's development as a whole and decent person should that scheme succeed.

I know your decision would be easier if Nathan were a dangerous predator upon society, from whom we need to be protected. Fortunately, there is no evidence of that, and as one of those who know Nathan well, I know that nobody is endangered by him except maybe those who would break into his home and threaten him or his son. I think it is unfortunate that the state cannot extract its penance in the form of public service, where the portion of Nathan's life he has forfeited can do others some good rather than costing us his keep and guarding.

I ask that Nathan get a hard enough knock in the head (figuratively) that he thoroughly knows the necessity of staying on the right side of the law so that he can properly father his son and stop wasting his life in confinement. But in the interest of his and his son's welfare, I ask that his knock be no harder than that. Maybe he has already taken that lesson to heart, after being separated from his son for 11 months. From my discussions with him, I gather that he thinks so, but who can know that for sure? I can only ask that you balance justice with mercy.

Thanks for your care and attention to this.

Respectfully,

_____

Laurence C. Brasfield  on March ___, 2015

# PC ♻ RECYCLE™

January 21, 2015

The Honorable John C. Coughenour
United States Courthouse
700 Stewart Street, Suite 16206
Seattle, WA 98101-9906

Re: Nathan Brasfield

Dear Judge Coughenour,

I have recently learned that Mr. Nathan Brasfield has plead guilty to federal gun charges and is facing a multi-year sentence. My intention in writing this letter is to provide your Honor with background information about the character of Nathan to help mitigate his impending prison time.

Nathan was a valued employee of mine for several years at PC Recycle Inc at our retail store in Bellevue. He was trustworthy, diligent, amiable and dedicated throughout his employment with the company. This said based on my experience with Nathan in a work environment I do not think he is a career criminal. I believe he fully understands the seriousness of the charges he has pleaded guilty to, and the debt to society he now must face. His family has told me he is currently seeking every way possible to be allowed visits with D▬▬ while serving his time. His sole hope is to minimize his separation from D▬▬

I am sure that many friends, family and co-workers will also be writing you on Nathan's behalf and am happy to add my voice and support to assist him .

Sincerely,

Mr. Farhad Saifyan, CEO

cc: Russell V. Leonard, Assistant Federal Public Defender

# MEMO

To:            Your Honor, Judge_____

From:       Andrew Smith

Date:       March 20, 2015

Subject:    Letter of Support for Nathan Brasfield

---

I have known Nathan Brasfield, his parents and sisters since 2005. I am a General Contractor here in Seattle, and I have employed Nathan as an Electrical Sub-Contractor. Nathan could fix any electrical problem I caused or asked him to solve. I did a remodel for one of Nathan's sister, and younger sister helped me out as a painter for a few weeks. As our friendship grew I met his parents and overall I have great admiration for Nathan and his whole family. Nathan is a great guy and a very good father in everyway he could be. He has very committed and helpful Grandparents who also love D███ very much.

I raised a large family and I actually have children older than Nathan. I have 5 daughters and 4 son (I was raised Catholic). In 2003 after being married for 25 years I went through a really devastating divorce that I did not want or see coming. Nathan also experienced a very bitter and hate filled separation and related custody fight with the women in his life too. While my kids were almost all grown, his little boy D███ is very young and means everything to Nathan. Nathan's son D███ is the center and best part of his life. While we were already friends and tradesmen's often working together, this deep hurtful experience gave us even more of a common bond.

When the person who loved you turns against you with hate, this is a deeply sole-shocking and life-altering blow that Nathan had no way of being prepared for. His son's mother was the first main relationship Nathan has in adult life. The things Nathan did wrong I believe are all related to this failure with his sons Mother. For me, I am 12 years post-divorce and I can say with confidence it takes a long, long time to get past that kind of life-crashing event. Nathan is responsible for the things he did wrong, not his Childs mother. But when you are in a dark hurt filled state of mind fighting someone for your able to stay a father to you only child, this is easy place to make bad decisions.

As the song goes …"sometimes you don't get what you want, but you get what you need." Nathan is a good person. He has good people on his side and many friends. Like a cork he will float back to living a normal law-abiding life if he get the chance.

If Nathan is given a short sentence this will be a good time for Nathan to take a pause in his life and to try and get healing from his failed relationship which is the stressor that gave way I believe to a series of bad decisions.

If he is given a long sentence he might become a crushed person for the rest of his life. Please give Nathan the shortest sentence possible. If the legal system destroys Nathan, then everyone looses, Nathan, his son D■■■ and the tax-payers and legal system which pays the high cost of keeping Nathan in jail for a long sentence.

Upon his release when ever that is, he has my friendship and support in any way he needs.

Sincerely,

Andy Smith

Dear Judge Coughenour,

We met Nate Brasfield about 10 years ago through a referral to his electrical contracting business, AMCO. Since then, Nate has become a valued friend. He is a loyal and generous person, honest and principled. We have also known his son D███ since shortly after he was born. Our granddaughter Rylee is just a couple of days older than D███. We have 7 grandkids between the ages of 1 – 10 years and Nate and D███ have attended many of their birthday parties and social events.

From late 2012 up to autumn 2013, Nate rented a house that we own in Kenmore. As the person who does most of the maintenance work at that property I saw Nate almost every day during his tenancy. I saw Nate socially, He and D███ were at the local Easter eggs hunts, Halloween, BBQ's and picnics with my family. I had business dealings with his company. Consequently, I had a unique opportunity to be with Nate often and in a wide variety of circumstances.

As a parent, Nate was attentive, calm and consistent with D███ never losing patience or control. Nate and D███ have a warm relationship, and Nate's love for his son is plain to see.

I believe that Nate has been governed by his principles and that is what got him in trouble. Nate can be stubborn. He is a smart guy and knows the content of the Constitution and Bill of Rights. He didn't seem to accept that his past legal record altered those rights for him. That has changed. Nate now realizes that his choices also effect D███, his Parents and his friends.

The loss of freedom has been a wakeup call for Nate. His biggest regret is being separated from D███. If he is given the chance to set that right he has told me that he will never jeopardize their relationship again.

In closing, I spent 7 years working in the prison industries program in Washington State. I worked at WCCW in Purdy employing some 60 inmates there and about 25 inmate employees at TRCC in Munro. I sponsored many inmates during their transition with a job and or a place to stay. If Nate needs a place to live I will provide that for him. If I am still running my business I will consider myself fortunate to offer him a job.

Thank you for your consideration.

Sincerely,

John Roark

R Are Inc.
Webraze.com
Kenmore, WA 98028
800-426-7732 ex 101

January 2, 2015

The Honorable John C. Coughenour
16th Floor, Suite 16206
United States Federal Building
Seattle WA

I am writing to you today on behalf of a young man that will come before you for a legal mater.

I first met Nathan Brasfield early in 2007 when I hired Nathan and his business partner Darin Andrews of AMCO Electric. I had just moved my two businesses, Lake City Auto Parts and Engine Service to a new location and needed an electrical contractor to wire our new leased location. I got a referral from another lake City business man that was happy with their work. It was a big job with lots of sub panels and power for our Auto Care Center and Machine shop operation. I was impressed with Nat's expertise and friendly disposition on doing work for me. We quickly became friends.

Over the next few years I had him do lots of other work helping as an IT guy helping fix computers and helping with our network. He also helped with some wiring projects we had at our home as well.

Nathan like working on cars and engines and would stop by often to my shop for my expertise and to borrow a tool or buy a part for a project he was working on. We traded some labor and did some favors this way for one another. I found him very generous with his knowledge and time. I got to meet his son D█████ on many occasions and my wife and I had them out to the house more than once. He seemed like a very good dad and loved D████ very much. I also understood there might be a custody battle brewing, later on, from D█████ mother.

Nathan I believe has a good heart and that he is somewhat immature in some ways. I think he has a very high IQ and that he sometimes is in his own world not thinking of some consequences of his actions. I don't think he is a violent person at all never seeing him get angry or having a short fuse as some people do. I know he loves his son D████ and does not want to lose that relations ship do to his problems.

He reminds me a lot of my son, Aaron, who at a young age was into everything including things he should not have been, including guns. Some young boys just love guns. I know mine did and he got into trouble (not to serious) as well. Arron was diagnosed with ADD (Attention Deficient Disorder) at a young age. If you are not familiar with this affliction it affects many young and even older people mainly males. Their minds are working overtime and they sometimes have problems with following directions and authority. I don't know for sure if Nathan was diagnosed with the disorder, but I did notice some symptoms I was very familiar with in dealing with my son. Very smart, social and having lots of interests and sometimes thinking rules don't always apply to them.

The issues I see here are that Nathan broke the rules, the law. I understand his ex- partner Lauren wanted full custody of their child, D████, and found a way to get Nathan out of her life and full custody. I am not sure the details but I understand that he was in possession of illegal fire arms, or modified fire arms, and that because of some trouble he had when he was 18 he was not allowed to own or have a gun. I was only made aware of this after the fact by mutual friends and Nathan's mother Dianne.

This makes my case that Nathan was naive in not seeing this coming as Lauren basically had the goods on him and could use the law against Nathan for her person gain. I heard and assume that Lauren is the one who informed the police about his activity. This does not excuse his behavior, but does explain how his lack attention to authority and to the rules that do not always apply to him.

I think that after Nathan serves his time he will get back into electrical contracting as he is very good at what he does. He can make a good living at it if he wants.

I hope that he can still have some kind of relationship with his son, as a boy without a father around is not a good situation.

I hope to see him when he gets out and I hope I can council him, when appropriate, to channel his talents and hobbies into productive endeavors that are legal.

David M Adair
President
Engine Service Inc.

Dear judge Coughenour,

I first met Nathan during a repair call to an apartment I was residing at. He was there to inspect the electrical system. Being that I work in IT and electronics, we immediately hit it off and became friends. We discussed everything from the latest mobile phones, to computers and video games. Nathan told me about his father's research in the computing industry, and his own dreams and aspirations. He mentioned that he wanted to join the Navy, and that he regretted not being able to join. We discussed my military service, and found more common areas of interest. Over the course of next couple of years we became closer friends. I learned about Nathan's passion for being a vegan, and his concern for animal rights. I was impressed by his compassionate and caring personality. Those qualities are what drew me to Nathan. He always impressed a strong sense of caring and compassion.

I was saddened and shocked when I heard about the legal troubles that Nathan had come across. He had recently faced several near death medical injuries due to a motorcycle accident, and was recovering physically and emotionally from those injuries. Doing anything other than spending time with his family and recovering from all the grief and pain of his new physical disabilities seems very out of character for Nathan. He's very passive in my opinion, and these unfortunate events must be part of a perfect storm that was not his intent. I strongly believe that the events and charges in question are a result of confusion and depression caused by the multitude of misfortunes that Nathan faced as a cause of his near death experience and his newly attained injuries. Instead of turning to counseling, he made some poor choices that are out of line with his true nature, which is very caring, passionate, and intelligent. I know that he loves his son and his family dearly, and regrets what has transpired. His son used to play with my daughter when they'd come to my house for a visit, and I'm sure that all Nathan wants is to be able to see his son, and be happy again.

I'm confident that Nathan is well on his way to changing his life and creating a new future for himself, his son, and the rest of his family. In my opinion, Nathan would benefit from any support system that could help him deal with the pain and grief of his physical disabilities, and the stress of the separation from his son. I do not believe Nathan intended to do any wrong. He was a victim of terrible circumstances, and will not make the same mistakes again. He sent me a few emails about his plans to try and obtain visitation rights for his son, and I believe that he will do everything he can to show his son that he loves him and wants to be a good father.

I will do my best to be a good support system for Nathan when he's finally released. My intent is to provide him with any support I can to help him deal with his physical disabilities and emotional difficulties. As a former ARMY Sergeant with stress and anxiety issues, I can relate all too well to being misunderstood, and being a victim of circumstance. Nathan is one of the most caring and compassionate people I've come across, and his life should not be cut short by near death injuries and tragedy. He deserves another chance to heal, make things right for his son, and be a productive member of society for his family. Please consider the tragic circumstances of his life that led to his situation before you impose a sentence that does not reflect the true spirit of the person that Nathan really is. I do not know him as a violent criminal, but as a caring

human being, father, advocate for the rights of animals and other living creatures, and a highly intelligent carpenter and electrician. With all of the faith and confidence I have in justice and liberty, and the sacrifice that I've made in the proud duty to my country, I ask that you consider and administer a solution that will help Nathan become stronger, and give him the opportunity to live a productive and healthy life full of opportunities and not obstacles.

Sincerely

Reza L Malayeri
Sergeant, US ARMY CORPS of Engineers
IT Specialist, Dept. Of Veterans Affairs

March 11, 2015

Judge John C. Coughenour
RE: Nathan Brasfield Matter

Dear Judge Coughenour,

I respectfully request your consideration of the following as it relates to the sentencing matter of Nathan Brasfield.

I have know Nathan for over five years after he came highly recommended from a local electrical supply company. My mother's furnace had malfunctioned on a chilly winter afternoon. He immediately set himself apart as an exceptionally caring individual when he came to my mother's home (after hours) to fix her furnace on a cold winter evening. Since it was an emergent situation for a senior citizen on a fixed-income, Nathan stayed late into the evening to complete the job successfully after several hours and charged only a very modest amount for his services (a **true blessing** for my mom who was anxiously tracking the time/assumed costs of the repair).

My boyfriend and I then hired Nathan as our electrician on our home remodel project. He always demonstrated competent professionalism with his added 'compassion'; e.g. going above and beyond to offer his suggestions to assist us in the remodel process. Often times, throughout the stress of living in a torn up house, Nathan was the 'shining light' in what seemed like a never-ending 'dark tunnel'. When Nathan came to the door to work it was always a good day because he would make it happen. For example, when our on demand water heater died, he rearranged his schedule to install the replacement – fully appreciating the inconvenience involved in suddenly losing your hot water.

Needless to say, Nathan quickly became a friend. Throughout our relationship with Nathan, we have known him to be an extraordinarily kind person and dedicated single father. On numerous occasions we have had Nathan and his son, D████, in our home and we in theirs'. He has alway demonstrated the utmost care and devotion to his young son. Given the circumstances of a challenging shared custody arrangement, Nathan has remained patient and focused on the wellbeing of his son.

Please consider that this situation is impacting not only Nathan, but perhaps more importantly, his five year old son, D████. Based on my observations of their father/son relationship (since D███ was 6 months old), they are very close. Nathan is a solid, responsible father who plays an integral role in his child's healthy development. In my opinion, there should be a concerted effort to restore their relationship as soon as possible. D████ is at an extremely crucial age to be embroiled in any undue or counter-productive estrangement from his father.

Thank you in advance for your time.

Diana Chesterfield, Friend



Franziska Edwards



March 7, 2015

Re: Nathan S. Brasfield

Your Honor,

I have known Nathan Brasfield for about eight or nine years. I first met him at a vegan picnic in a Seattle park put on by a local animal rights group.  He and my boyfriend Andrew talked extensively and they became friends.  Over the years after that, I would see Nate at events and protests, but I came to know him better when he came over to our house to see Andrew, pick him up, or work on different jobs with him (I think he did the electrical work for several house remodels Andrew undertook). We both felt rather protective of him. He would come over and have dinner, or lunch, and he and Andrew would have a beer or two, and talk. He seemed like such a basically *good* person, perhaps a little socially inept, and we wished he would meet someone nice.  On my suggestion, he did try going out with my middle daughter, but they didn't seem to hit it off.  I mention this because I would never have suggested my own daughter had I not felt Nate was a good person.

There were always things on which I did not agree with Nate: he believes passionately in gun rights, whereas I believe in no guns for anyone, ever, anywhere. He is more of a Libertarian (?) and has never been enthusiastic about Obama, whereas I am a Democrat and think Obama is a profoundly ethical man. But Nate is an animal lover, a vegan, and an animal rights activist, and a staunch one at that. In a sense, that not only makes him 'family', but it tells me things about his character. It tells me he is empathetic, kind, selfless, fair, and courageous. We were pleased when he met Lauren; they seemed very much in love, and in spite of the difficulties inherent in having a baby so unexpectedly, Nate seemed utterly supportive. I continued to see both of them; probably Lauren a little more. I helped her decorate the nursery; they had us over for dinner. Nate worked hard to provide for them, and was a committed and loving father after D███'s birth.  I was aware that as time went on, they had difficulties. Lauren is very organized, methodical and tidy; he tends to Collect Stuff and spread out. Honestly, it would have driven me up the wall to keep trying to make a pretty, comfortable, baby-safe home, only to have tools, parts and grimy Stuff keep intruding. I don't think I could have lived with him either. BUT he was crazy about D███, and to the utter best of my knowledge, and as far as I could see and judge, *never stopped loving* Lauren. Even after she left, for a long time, he loved her and would have taken her back. He was pretty devastated when she decided to leave him -- although I understood her reasons very well. Things change when you have a child. Situations you might put up with when it is just you, become untenable when you see your child growing up in them. Lauren never mentioned any kind of abuse, physical, verbal or emotional, as a reason for leaving. Nate's mess, lack of ambition, and murky dealings, coupled with her unwillingness to countenance such a life for her child, yes... but any kind of violence, no. I have always experienced Nate as a very gentle person. Not to belabor the point, but the fact that he is a

staunch and long-time ethical vegan means he is against violence and stands up for his beliefs (contrary to popular perception, no people have ever been harmed by animal rights activists). Many people in this country believe very strongly in their right to have as many guns as they want, and presumably to use them, both for hunting and otherwise too. You could not make Nate hunt. The idea is abhorrent to him. I don't believe he would ever have used whatever weapon/s he is said to have had. I feel the ability to possess them may have been an expression of freedom to him, but that was all. It was about the possession, not the use. And yes, I do realize the whole point was about him as an ex-felon (a non-violent offense, n.b.) *not* being allowed to possess -- but I also think he may have needed to feel in charge in some areas, like possessing a gun, or buying a car he liked, because he had just lost so much.

With regard to D███, I never experienced Nate being anything but an excellent father. When he and Lauren separated, I expected him to fade away and end up having little or no contact with D███. I was positively surprised that he remained committed to a relationship with him, and that, if anything, his feelings for his son became stronger rather than weaker. On all the occasions when I saw them together, he was careful and solicitous; D███ was appropriately dressed for the weather, fed excellent above-average quality food, and monitored in all he did. I understand there were a couple of occasions when that was not the case, and as his mother I might well have acted exactly as Lauren did. However, in my presence, he was an exemplary, responsive, reassuring and physically affectionate father. D███, in turn, obviously loved and respected his father.

We all make mistakes in life and can trace trajectories we wish we hadn't travelled -- AFTER the fact. Even now, I am sure Nate wishes he could have kept him family. He has expressed remorse. I don't see how this period of incarceration and fear that he could lose his son entirely could have any other but a cautionary effect on him, in the sense of never, ever jeopardizing life on the Outside with D███ again. I am also sure that the satisfaction of owning a gun has lost its attraction when compared with losing contact with D███. Nate may never be able to forgive Lauren, but he surely already sees that forgetting her part in his life is the only way to move forward. Personally I would welcome seeing Nate and D███ again, and would always advise him against dwelling on the past in any way. I would encourage him to concentrate on building a good job and a comfortable existence for himself and D███. He is still young; there will be other relationships, but D███ will remain forever.

Thank you.

Franziska Edwards

F. Edwards