# EXHIBIT A

04.22.2014 06:53