# EXHIBIT C



04.22.2014 07:13



04.22.2014 07:17



04.22.2014 07:26



04.22.2014 07:13