PROB 12C-WAR
(01/13)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Nathan Brasfield  **Case Number:** 2:14CR00155
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 03/31/2015  **Date of Report:** 02/06/2020
**Original Offense:** Felon in Possession of a Firearm
**Original Sentence:** 48 months of imprisonment and three years of supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 10/13/2017
**Assistant United States Attorney:** Thomas Woods  **Defense Attorney:** Russell Leonard
**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☐ Restitution:
☒ Mental Health     ☐ Fine                   ☐ Community Service
☒ Other: submit to search, Moral Reconation Therapy, and shall disclose all assets and liabilities

**PETITIONING THE COURT**

☒ To issue a warrant under seal
☐ To issue a summons

I allege Nathan Brasfield has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Possession of a dangerous weapon, silencer, on or before February 6, 2020, in violation of a standard condition. |
| 2. | Committing the crime of possessing a silencer, on or about February 6, 2020, in violation of the standard condition that he not commit another federal, state, or local crime. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☐ risk of flight.
  ☒ danger to community.

The Honorable John C. Coughenour, United States District Judge  Page 2
Petition for Warrant or Summons for Offender Under Supervision  February 6, 2020

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Connie Smith<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 6th day of February, 2020. | BY: |
| *(signature)*<br>Mi-Young Park<br>United States Probation Officer | *(signature)*<br>Patrick E. Robertson<br>Supervising United States Probation Officer |

### THE COURT FINDS PROBABLE CAUSE AND ORDERS:

- ☐ No Action Approved
- ☒ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
- ☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
- ☐ Other

_____
Signature of Judicial Officer

2/6/20
Date